

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Roman Angelo Royal,         * From the 132nd District Court
of Scurry County,
Trial Court No. 11108.

Vs. No. 11-23-00147-CR       * December 12, 2024

The State of Texas,           * Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there are errors in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to recite the correct statute of conviction, Texas Penal Code Section 38.04(b)(2)(A), and we delete the $290 court costs that were assessed against Appellant. As modified, we affirm the judgment of the trial court.